NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATERA, INC.,**

*Plaintiff-Appellant*

**v.**

**NEOGENOMICS LABORATORIES, INC.,**

*Defendant-Cross-Appellant*

---

2026-1125, 2026-1206

---

Appeals from the United States District Court for the Middle District of North Carolina in No. 1:23-cv-00629-CCE-JLW, Chief Judge Catherine C. Eagles.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

December 16, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 16, 2025

2          NATERA, INC. V. NEOGENOMICS LABORATORIES, INC.